# Third District Court of Appeal

## State of Florida

Opinion filed May 1, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1944
Lower Tribunal No. 19-35400
_____

**People's Trust Insurance Company,**
Appellant,

vs.

**Lazaro Armenteros, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Bickford & Chidnese, LLP, and Patrick M. Chidnese and Frieda C. Lindroth (Tampa), for appellant.

The Nation Law Firm, and Mark A. Nation and Paul W. Pritchard (Longwood), for appellees.

Before SCALES, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Tower Hill Prime Ins. Co. v. Bermudez</u>, 48 Fla. L. Weekly D2240, 2023 WL 8246151, at *3 (Fla. 3d DCA Nov. 29, 2023) (affirming trial court's denial of insurer's motion for directed verdict on policy's soil movement exclusion because based on experts' testimony "jury could reasonably have concluded that it was the shock waves, and not soil or earth movement, that shook the house and caused damage to the Insured's home").